Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20715−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Estate of Candido Perez
  128 3rd Avenue
  Newark, NJ 07104

Social Security No.:
  xxx−xx−7833

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑  The Court having noted that the debtor filed a petition on May 29, 2018, and did not file the following documents:

  Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calculation of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J,.

☐  The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 6/12/18 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 6/12/18.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: July 11, 2018
Time: 10:30 am
Location: Courtroom 3 A
Address:   Martin Luther King, Jr . Federal Building
           50 Walnut Street
           3rd Floor
           Newark, NJ 07102

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: May 29, 2018
JAN: rh

Stacey L. Meisel
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Estate of Candido Perez
    Debtor

Case No. 18-20715-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018
                 Form ID: oscmsdoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
db          #+Estate of Candido Perez,    128 3rd Avenue,    Newark, NJ 07104-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 00:12:55      United States Trustee,
       Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
       Newark, NJ 07102-5235
                                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
           Marie-Ann Greenberg    magecf@magtrustee.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 2